**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No:  6:14-cv-1965-Orl-40DAB

CHAD FOREMAN,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Summary Judgment (Doc. 11) filed on January 8, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 21, 2016 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Summary Judgment (Doc. 11) is **GRANTED**.

3. The Department of Education is **ORDERED** to file a Proposed Judgment within 7 days setting forth the up-to-date amounts owed for principal and interest as well as email a copy of the Proposed Judgment to chambers email [chambers_flmd_Byron@flmd.uscourts.gov] in Microsoft Word® format.

4. To the extent the Department of Education may seek to recover its costs, it must file a bill of costs.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2